# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

June 27, 2025

CL-2024-0741

Ermie Milton v. Delta Properties, LLC. (Appeal from Elmore Circuit Court: CV-24-900133).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards and Hanson, JJ., concur.

Seth P. Rhodebeck, Clerk